UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVIS, T14967,<br>　　　　Plaintiff,<br>　　v.<br>DR. SOLTAINIAN, et al.,<br>　　　　Defendants. | Case No. 16-4855 SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the Substance Abuse Treatment Facility and State Prison, Corcoran in Corcoran, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care while he was at Mule Creek State Prison in Ione, California. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Amador, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: August 29, 2016

_____
SALLIE KIM
United States Magistrate Judge